# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-0129
_____

IVAN GREGORY WEBB,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel – Original Jurisdiction.

January 26, 2018

PER CURIAM.

The petition alleging ineffective assistance on appellate counsel is denied on the merits.

WETHERELL, MAKAR, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Ivan Gregory Webb, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.